Julie Klein Fischer
MORROW & FISCHER, PLLC
332 N. Broadmore Way, Ste. 102
Nampa, Idaho 83687
Telephone:  (208) 475-2200
Facsimile:  (208) 475-2201
ISB No.:  4601
*jfischer@morrowfischer.com*

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| DONALD KAYSER and MARY KAY KAYSER, | ) ) ) | CASE NO. |
|---|---|---|
| Plaintiffs, | ) ) | |
| -vs- | ) ) ) | NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1332 (DIVERSITY OF CITIZENSHIP & AMOUNT IN CONTROVERSY EXCEEDS $75,000) |
| PAM JANE McCLARY, an individual, | ) ) | |
| Defendant. | ) ) ) ) | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE THAT Defendant Pam Jane McClary, pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1332, hereby removes this case from the District Court for the Fourth

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1332 - 1

Judicial District of the State of Idaho, in and for the County of Ada, to this Court, and in support of this Notice of Removal states as follows:

1. On February 2, 2010, Plaintiffs Donald Kayser and Mary Kayser (the "Kaysers") commenced this action in the District Court for the Fourth Judicial District of the State of Idaho, in and for the County of Ada, captioned *Donald Kayser and Mary Kayser, Plaintiffs, v. Pam Jane McClary, an individual, Defendant*, as Case No. CV-OC-1003121.

2. Upon information and believe, plaintiffs in this case, the Kaysers, are residents of the state of Idaho.

3. Pam Jane McClary, the sole Defendant in this case, is resident of the state of Colorado.

4. The Kaysers seek injunctive relief and damages for an alleged breach of contract, alleged tortious interference with contract, and alleged trespass. The Kaysers seek damages and attorney fees in excess of $75,000 for tortious interference with contract for the sale the Kaysers' home, which is listed for more than $300,000.

5. Based upon the above facts, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441, which grants the Court original jurisdiction over all civil actions in which the matter in controversy exceeds the sum or value of $75,000 and the action is between citizens of different states.

6. A copy of the Notice of Filing Notice of Removal, to be filed in the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada, accompanies this Notice of Removal as Exhibit "A".

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1332 - 2

7. A copy of the State Action docket is attached hereto as Exhibit "B" and includes: (1) Complaint; (2) Summons; (3) Notice of Taking Deposition of Pam Jane McClary; (4) Amended Complaint; (5) Notice of Appearance (Fischer for McClary); (6) Motion for Protective Order; (7) Affidavit in Support of Motion for Protective Order; and (8) Notice to Adverse Party of Removal to Federal Court.

8. WHEREFORE, Defendant Pam Jane McClary respectfully removes this case from the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada, to this Court.

DATED this 2nd day of March, 2010.

MORROW & FISCHER, PLLC

By_____
Julie Klein Fischer
Attorneys for Defendant

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1332 - 3

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the foregoing was served upon the following:

| | | |
|---|---|---|
| Wayne V. Meuleman<br>MEULEMAN MOLLERUP LLP<br>755 W. Front Street, Suite 200<br>Boise, Idaho 83702 | __X__<br>_____<br>_____<br>_____ | US Mail<br>Overnight Mail<br>Hand Delivery<br>Facsimile No. 336-9712 |

on this 2nd day of March, 2010.

_____
for Morrow & Fischer

T:\Clients\M\McCleary, Pam\Pleadings\Notice of Removal - Clerk.doc

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1332 - 4