Julie Klein Fischer
MORROW & FISCHER, PLLC
332 N. Broadmore Way, Ste. 102
Nampa, Idaho 83687
Telephone: (208) 475-2200
Facsimile: (208) 475-2201
ISB No.: 4601
*jfischer@morrowfischer.com*

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| DONALD KAYSER and MARY KAY KAYSER, | ) ) ) | **CASE NO.** |
|---|---|---|
| Plaintiffs, | ) ) | **STIPULATION TO WAIVE INITIAL DISCLOSURES AND PROCEED WITH DISCOVERY** |
| -vs- | ) ) | |
| PAM JANE McCLARY, an individual, | ) ) | |
| Defendant. | ) ) ) ) | |

COME NOW, the Plaintiffs, by and through their counsel of record, the law firm of Meuleman Mollerup, LLP and Defendant, by and through her counsel of record, the law firm of Morrow & Fischer, and hereby stipulate as follows:

1. The parties agree to waive the initial disclosures required by Federal Rule of Civil

STIPULATION (Re: Initial Disclosures) - 1

Procedure 26(a)(1).

2.  Counsel for the parties conferred, via email, regarding this matter, and agree to proceed with discovery.

3.  The parties do not anticipate deviating from normal discovery practices, which would include written interrogatories, requests for production, requests for admission and depositions.

4.  Pursuant to the stipulated litigation plan filed by the parties on April 14, 2010, the parties agree to complete discovery by October 15, 2010.

DATED this 15th day of April, 2010.

MORROW & FISCHER, PLLC

By_____/s/_____
Julie Klein Fischer
Attorneys for Defendant

MEULEMAN MOLLERUP, LLP

By_____/s/_____
Wayne V. Meuleman

STIPULATION (Re: Initial Disclosures) - 2