Wayne V Meuleman, ISB #1419
Anna E. Eberlin, ISB #7718
MEULEMAN MOLLERUP LLP
755 W. Front Street, Suite 200
Boise, Idaho 83702
(208) 342-6066 Telephone
(208) 336-9712 Fax
meuleman@lawidaho.com
I:\4863.002\Federal Pleadings\Summary Judgment (D. Kayser Aff.).doc

Attorneys for Plaintiffs


### UNITED STATED DISTRICT COURT

### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DONALD KAYSER and MARY KAYSER, | Case No. 10-119 |
| Plaintiffs, | |
| v. | **AFFIDAVIT OF DONALD KAYSER IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| PAM JANE McCLARY, an individual | |
| Defendant. | |

**STATE OF ARIZONA**                    )
                                                        : ss
**COUNTY OF MARICOPA**          )

**I, DONALD KAYSER,** being duly sworn, deposes and says:

1.       I make this affidavit based upon my own personal knowledge.

2.       On or about December 24, 1999, my wife and I made an offer to Mr. and Mrs.

Paul Larsen to purchase their home located at 4848 Hillcrest Dr., Boise, Idaho, 83705, legally

described as Lot D, Block B, Capitol Sites Subdivision, Ada County, Idaho (the "Benefitted

Lot"). A true and correct copy of the Purchase and Sale Agreement is attached hereto as <u>Exhibit A</u>.

3.        Because the view of the city from the Benefitted Lot was important in our decision to purchase the Benefitted Lot, our offer included the following condition: "Seller providing Buyer satisfactory documentation showing the McCleary [sic] lot behind subject property cannot be used as a building site for a new home."

4.        To satisfy the condition of our offer, on or about January 11, 2000, I was presented with a written Grant of Easement (the "Easement") signed by James D. McClary (the owner of the "Easement Lot") and duly acknowledged.

5.        After I was given a copy of the Easement, I called Jim McClary, whom I knew well, to discuss the background and intent of the Easement.  Mr. McClary explained the background of the Easement in detail and said he was glad to sign it because it merely confirmed his previous agreement with Paul Larsen.

6.        In reliance on what Mr. McClary told me and the Easement recorded January 12, 2000, my wife and I closed on the purchase of the Benefitted Lot on February 2000.

7.        In early 2009, my wife and I decided to move to Oregon and listed the Benefitted Lot for sale with a realtor.  The sale was advertised by a sign posted on the Benefitted Lot.

8.        After several months without much interest from prospective buyers, on or about January 15, 2010, my wife and I entered into an agreement to sell the Benefitted Lot to Scott and Susan Richardson.  A true and correct copy of the Purchase and Sale Agreement is attached hereto as <u>Exhibit B</u>. The sale was originally scheduled to close on February 18, 2010.

9.        On or about February 16, 2010 I learned that a six foot high fence had been constructed on the Easement Lot along the boundary between the Easement Lot and the

Benefitted Lot, completely obstructing the view from the Benefitted Lot.  As a consequence, the Richardsons informed us that they would not proceed with the purchase.

10.     The Richardsons agreed to extend the closing from February 18, 2010 to March 8, 2010 to allow time for us to resolve the conflict over the Easement with Pam McClary.  A true and correct copy of such extension is attached as Exhibit C hereto.

11.     The Richardsons have since agreed to extend the closing until June 6, 2010.  A true and correct copy of such extensions are attached as Exhibit D and Exhibit E hereto.


FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED this _20th_ day of April 2010.

_____
DONALD KAYSER


SUBSCRIBED AND SWORN to before me this 20th day of April 2010.

_____
NOTARY PUBLIC, State of ~~Idaho~~ AZ (d/s)
Residing in ~~Boise, Idaho~~ Scottsdale, AZ
My Commission Expires: _May 2, 2012_

OFFICIAL SEAL
DIANE M. GREGG
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires May 2, 2012


**AFFIDAVIT OF DONALD KAYSER IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT - Page 3**

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on the 20th day of April 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/EFC system, which sent a Notice of Electronic Filing to the following parties:

**Julie Klein Fishcher** jfischer@morrowfischer.com

/s/      Anna E. Eberlin
Anna E. Eberlin