Julie Klein Fischer
MORROW & FISCHER, PLLC
332 N. Broadmore Way, Ste. 102
Nampa, Idaho 83687
Telephone: (208) 475-2200
Facsimile: (208) 475-2201
ISB No.: 4601
*jfischer@morrowfischer.com*

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DONALD KAYSER and MARY KAY KAYSER, <br><br> Plaintiffs, <br><br> -vs- <br><br> PAM JANE McCLARY, an individual, <br><br> Defendant. | CASE NO. CV 10-00119-REB <br><br> AFFIDAVIT OF JOYCE BREWER IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |

STATE OF IDAHO )
                : ss
County of Ada   )

Joyce Brewer, being first duly sworn, deposes and says:

1. I am over the age of eighteen and make this affidavit based on my personal knowledge of the facts and statements herein.

2. I knew James McClary, Pam McClary's father for many years. He was a long-time

AFFIDAVIT OF JOYCE BREWER IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT - 1

family friend whom I affectionately referred to as "Father McClary."

3.  My memories of Mr. McClary include that he was a self confident, strong business man. He was always very well put together, dressed meticulously, and was a proud individual. He did not openly show affection in public, and was a stoic individual.

4.  I recall visiting Mr. McClary when he was hospitalized around Christmas in 1999. During the visit, Mr. McClary was watching television from his bed and was completely unaware his gown was open, and that he was exposed. The "Father McClary" I knew would never have tolerated that situation and would have been embarrassed. However, the Mr. McClary in the hospital was unaware of himself and appeared to be a very different person to me.

5.  I continued to see Mr. McClary after he was released from the hospital in December 1999, visiting occasionally at his home. My observations were that he declined quickly. He was feeble and only left his home for doctor's appointments. In fact, he even had people come to his home to cut his hair.

6.  Mr. McClary also was less attentive after his release from the hospital (in late 1999). In the past he always had been apprised of current news and events, but that changed and it became more and more difficult to engage him in conversation. His hearing was bad, and I would have to stand directly in front of him and speak loudly in order for him to hear me well.

7.  I am aware from this lawsuit that Mr. McClary signed a legal document – granting an easement – on January 11, 2000. I also am aware from the facts revealed in this lawsuit that he did so without the advice of an attorney or assistance from a family member. Having known Mr. McClary for years, and that he was both smart and serious about his business dealings, I am surprised he would sign anything without having an attorney review the document first.

AFFIDAVIT OF JOYCE BREWER IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT - 2

8. In addition, based on my observations of Mr. McClary both in 1999 (hospitalized) and shortly thereafter, I question whether he was in a position to understand or know what he was doing. I personally noticed deterioration in his physical and mental capabilities, and would never have asked him to execute a legal document in the condition I observed him in.

FURTHER AFFIANT SAYETH NAUGHT.

*Joyce Brewer*

SUBSCRIBED AND SWORN to before me this 30 day of June, 2010.

*Maria E. Contreras*
Notary Public for Idaho
My commission expires: 8/10/13

(SEAL — STATE OF IDAHO, MARIA E. CONTRERAS, NOTARY PUBLIC)

AFFIDAVIT OF JOYCE BREWER IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT - 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of July 2010, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Wayne Meuleman | Anna Eberlin |
| Attorney for Plaintiffs | Attorney for Plaintiffs |
| *meuleman@lawidaho.com* | *aeberlin@lawidaho.com* |

                                            /s/ Julie Klein Fischer
                                         for MORROW & FISCHER, PLLC

T:\Clients\M\McClary, Pam\Pleadings\Summary Judgment\Affidavit opposing SJ.Brewer.doc