Julie Klein Fischer
Shelli D. Stewart
MORROW & FISCHER, PLLC
332 N. Broadmore Way, Ste. 102
Nampa, Idaho  83687
Telephone:     (208) 475-2200
Facsimile:      (208) 475-2201
ISB No.:         4601, 7459
*jfischer@morrowfischer.com*
*sstewart@morrowfishcer.com*

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DONALD KAYSER and MARY KAY KAYSER,<br><br>     Plaintiffs,<br><br>-vs-<br><br>PAM JANE McCLARY, an individual,<br><br>     Defendant. | **CASE NO.  CV 10-00119-REB**<br><br>**DEFENDANT'S MOTION TO VACATE TRIAL (Scheduled for March 14, 2011)** |

COMES NOW, Defendant PAM JANE MCCLARY, by and through her counsel of record, the law firm of Morrow & Fischer, PLLC, and hereby moves this Court, for an Order vacating the trial scheduled to begin on March 14, 2011.

This Motion is brought pursuant to Local Rule 6.1, and the Court's Docket Entry Order dated March 1, 2011 (Dkt. 66).

DEFENDANT'S MOTION TO VACATE TRIAL - 1

This Motion is supported by the *Affidavit of Julie Fischer in Support of Motion to Vacate Trial* ("*Fischer Affidavit*") as well as the pleadings and papers filed in this matter.

The reasons for this requested continuance are specifically set forth in the *Fischer Affidavit* filed herewith, but generally include that Defendant will be prejudiced in her ability to defend the case if additional time is not allowed to disclose expert rebuttal witnesses; obtain medical records; defend against punitive damages; and conduct discovery regarding Plaintiffs' alleged (late disclosed) damages (to the extent said damages are allowed). In addition, the pending motion to remand and Defendant's health issues warrant a continuance.

No other trial continuances have been granted in this matter.

DATED this 2nd day of March, 2011.

        MORROW & FISCHER, PLLC

        By   /s/ Julie Klein Fischer
           Julie Klein Fischer
           Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of March, 2011, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Wayne Meuleman
Attorney for Plaintiffs
*meuleman@lawidaho.com*

Anna Eberlin
Attorney for Plaintiffs
*aeberlin@lawidaho.com*

Jeff R. Sykes
Attorney for Plaintiffs
*sykes@lawidaho.com*

      /s/ Julie Klein Fischer
for MORROW & FISCHER, PLLC

T:\Clients\M\McClary, Pam\Pleadings\Motion to Vacate.doc